Robert B. Hunter, Esq.
Law Offices of M.L. Zager, P.C.
PO Box 948, 461 Broadway
Monticello, New York 12701
rhunter@mzager.com

Tel:  845.794.3660
Fax: 845.794.3919

Attorneys for Plaintiff
Innovative Sports Management Inc.
d/b/a Integrated Sports Media, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| Innovative Sports Management Inc. d/b/a Integrated Sports Media, Inc.<br>Plaintiff,<br><br>vs.<br><br>Nicholas Cedillo, et al.,<br><br>Defendants. | Case No. 1:21-cv-01596-MKB-MMH<br><br>STIPULATION OF SETTLEMENT |
|---|---|

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety*, and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel

WHEREFORE, the Parties respectfully request that all presently calendared deadlines and appearances, now be vacated.

Dated: January 18, 2022

*[signature]*

LAW OFFICES OF M.L. ZAGER, P.C.
By: Robert B. Hunter, Esq.
Attorneys for Plaintiff

Dated: January 27, 2022

*[signature]*

LAW OFFICES OF MICHAEL KONOPKA
By: Michael Konopka, Esq.
Attorneys for Defendants

///

///

///

///

///

///